# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>DALONTE FOARD,<br><br>                      Defendant. | 8:20CR333<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Mallory N. Hughes to withdraw as counsel for the defendant, Dalonte Foard (Filing No. 88). For good cause shown, the motion will be granted. Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, Telephone No. (402) 342-4118, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Mallory N. Hughes's motion to withdraw (Filing No. 88) is granted.

      Mallory N. Hughes shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Mallory N. Hughes which are material to Dalonte Foard's defense.

      The clerk shall provide a copy of this order to Peder C. Bartling and the defendant.

      **IT IS SO ORDERED.**

Dated this 8th day of July, 2021.

                                          BY THE COURT:

                                          s/ Susan M. Bazis<br>
                                          United States Magistrate Judge