IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LANCE HARPER and ) <br> DALONTE FOARD, ) <br> ) <br> Defendants. ) | 8:20CR333 <br><br> ORDER |

This matter is before the court on defendant Dalonte Foard's Unopposed Motion to Continue Trial [120]. Counsel was just recently appointed to represent the defendant and needs additional time to review discovery. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [120] is granted, as follows:

1. The jury trial, **for defendants Lance Harper and Dalonte Foard**, now set for August 31, 2021, is continued to **November 2, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 2, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 20, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**