IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DALONTE FOARD,<br><br>                Defendant. | 8:20-CR-333<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion to Receive Trial, Pretrial, and Sentencing Transcripts. Filing 267. The Court notes that the defendant, who is now pro se, previously had an attorney appointed under the Criminal Justice Act. The defendant asserts that "he has submitted a motion for extension to the Eighth Circuit to file a petition for en banc [rehearing]." Filing 267 at 2. The Court notes that on October 8, 2024, the Eighth Circuit granted the defendant's motion for extension. *See* Order, *United States v. Foard*, No. 23-2349 (8th Cir. Oct. 8, 2024). The defendant contends that access to certified copies of his transcripts "is required to afford [him] the opportunity to fully appreciate his fifth and sixth amendment rights on direct appeal." Filing 267 at 3. The defendant requests that he receive transcripts in accordance with 28 U.S.C. § 753(f), or alternatively, that the Court order the defendant's previous attorney to provide him with copies of his transcripts. Filing 267 at 3.

There is no need to determine whether the defendant is entitled to receive transcripts under 28 U.S.C. § 753(f) because the defendant's previous attorney shall provide the defendant with copies of the requested transcripts. Accordingly,

    IT IS ORDERED:

1. The defendant's former counsel, Peder C. Bartling, shall furnish the defendant with any transcripts in his possession that is related to the defendant's case;

2. The defendant's Motion to Receive Trial, Pretrial, and Sentencing Transcripts, [Filing 267](#), is dismissed as moot without prejudice to reassertion; and

3. The Clerk's Office shall transmit a copy of this order to the defendant and Mr. Bartling.

Dated this 10th day of October, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge