IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20-CR-333** |
| vs. | **ORDER** |
| DALONTE FOARD, | |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Status and Request for Docket Report. Filing 269. The Court notes that the Clerk's Response, Filing 269, addresses the defendant's request for a copy of the docket report. Regarding the defendant's Motion for Status, the Court will order that its previous Order, filed on October 10, 2024, at Filing 268, be mailed again to the defendant. Accordingly,

IT IS ORDERED:

1. The defendant's Motion for Status and Request for Docket Report is granted to the extent that the defendant shall receive another copy of the Court's most recent Order; and

2. The Clerk's Office shall transmit a copy of the Order at Filing 268 to the defendant.

Dated this 17th day of October, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge