IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DALONTE FOARD,<br><br>                    Defendant. | **8:20-CR-333**<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion to Compel Attorney to Surrender Case File. Filing 273. The defendant explains that he "intends to file a Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C § 2255" and that the "records [the defendant] seeks are necessary for preparation of such pleadings and [are] his property." Filing 273 at 3. In a previous Order, the Court ordered the defendant's former counsel to "furnish the defendant with any transcripts in his possession that is related to the defendant's case." Filing 268. The defendant avers that he has not received any communication from his former counsel. Filing 273 at 3. Before resolving this Motion, the Court will order the defendant's former counsel to submit an affidavit regarding his compliance with the Court's Order at Filing 268.

IT IS ORDERED:

1. The defendant's former counsel, Peder C. Bartling, shall submit an affidavit regarding his compliance with the Court's Order at Filing 268;

2. The defendant's Motion to Compel Attorney to Surrender Case File, Filing 273, remains pending; and

3. The Clerk's Office shall transmit a copy of this order to the defendant and Mr. Bartling.

Dated this 11th day of December, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge